IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SHERMAN SOLOMON,
    Plaintiff,

vs.                                     Case No.  5:11cv208/MCR/CJK

DEPT. OF FINANCIAL SERVICES,
et al.,
    Defendants.
_____

O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on April 9 2012, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any,[1] the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.     This case is DISMISSED under 28 U.S.C. § 1915(e)(2)(B)(ii), for plaintiff's failure to state a claim upon which relief may be granted.

3.     The plaintiff's "Emergency Petition for Temporary Injunction" (doc. 15) is DENIED.

---

[1] The plaintiff was provided a copy of the Report and Recommendation and given an opportunity to object, but no objections have been filed.

4. The clerk is directed to close the file.

DONE AND ORDERED this 15th day of May, 2012.

*M. Casey Rodgers*
M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE